# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE ANTONIO BALDWIN, ) | NO. ED CV 09-1590 PA (FMO) |
| Plaintiff, ) | |
| v. ) | **ORDER TO SHOW CAUSE** |
| J.L. NORWOOD, et al., ) | |
| Defendants. ) | |

On August 20, 2009, plaintiff sought leave to file a Complaint pursuant to 42 U.S.C. § 1983 without prepayment of fees. On August 25, 2009, the court ordered plaintiff to pay an initial partial filing fee of $215.87 in accordance with 28 U.S.C. § 1915 by September 24, 2009. (See Court's Order of August 25, 2009). It appears from the record that plaintiff has failed to pay the initial partial filing fee as ordered.

Accordingly, IT IS HEREBY ORDERED THAT, on or before **October 22, 2009**, plaintiff shall pay the initial partial filing fee of $215.87 or the action will be dismissed.

Dated this 2nd day of October, 2009.

/s/
Fernando M. Olguin
United States Magistrate Judge