# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE ANTONIO BALDWIN,  )<br>  )<br>    Plaintiff,   )<br>  )<br>  v.    )<br>  )<br>J.L. NORWOOD, et al.,   )<br>  )<br>    Defendants.  )<br>_____ ) | NO. ED CV 09-1590 PA (FMO)<br><br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: November 12, 2009.

                                                 PERCY ANDERSON<br>
                                    UNITED STATES DISTRICT JUDGE